UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN D. MCNEIL, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 06-cv-02492 |
| BMC SOFTWARE, INC., | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a), and for the reasons set forth in the Court's Memorandum and Order dated January 22, 2008 (Doc. No. 132), judgment is hereby **ENTERED** for Plaintiff in the amount of $24,269.74. At the request of either party, motions for attorney's fees and costs will be considered upon the conclusion of all appeals.

SIGNED at Houston, Texas, on this the 12 day of February, 2008.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.