UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAREN D. MCNEIL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 06-cv-02492 |
| § | |
| BMC SOFTWARE, INC., § | |
| § | |
| Defendant. § | |

## AMENDED FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and for the reasons set forth in the Court's Memorandum and Order dated January 22, 2008 (Doc. No. 132), judgment is hereby **ENTERED** for Plaintiff in the amount of $24,269.74.

Also pursuant to Fed. R. Civ. P. 58(a), and for the reasons set forth in the Court's Memorandum and Order dated April 3, 2008 (Doc. No. 149), each party shall bear her or its attorney's fees and costs.

This Amended Final Judgment supersedes the Court's prior Final Judgment (Doc. No. 139).

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 3rd day of April, 2008.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.