United States Court of Appeals
Fifth Circuit

**FILED**
January 15, 2009

# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Charles R. Fulbruge III
Clerk

---

No. 08-20290
Summary Calendar

---

D.C. Docket No. 4:06-CV-2492

United States District Court
Southern District of Texas
FILED

FEB 1 0 2009

Michael N. Milby, Clerk

KAREN D MCNEIL

        Plaintiff - Appellant

v.

BMC SOFTWARE INC

        Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: FEB 0 6 2009

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: Sabrina B Short
    Deputy

FEB 0 6 2009

New Orleans, Louisiana